UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| THOMAS JOHN HEYDEN,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>MINERAL COUNTY DETENTION FACILITY, et al.,<br><br>　　　　　Defendants. | Case No.: 3:24-cv-00450-ART-CLB<br><br>**ORDER** |

Plaintiff has submitted a civil-rights complaint under 42 U.S.C. § 1983 and applied to proceed *in forma pauperis* ("IFP"). (ECF Nos. 1-1, 1). Plaintiff's IFP application is incomplete because it is not on this Court's approved form and failed to include a financial certificate. (*See* ECF No. 1). Additionally, Plaintiff's mail from the Court has been returned as undeliverable, stating he's no longer at the address listed with the Court. (ECF No. 3). If Plaintiff is no longer in custody, then he may file an IFP application for non-inmates.

It is therefore ordered that Plaintiff has **until February 14, 2025**, to file his updated address with the Court.

It is further ordered that the application to proceed *in forma pauperis* (ECF No. 1) is denied without prejudice as incomplete.

It is further ordered that Plaintiff has **until February 14, 2025**, to either pay the full $405 filing fee or file a complete application to proceed *in forma pauperis*.

The Clerk of the Court is directed to send Plaintiff the approved form application to proceed *in forma pauperis* for inmates with instructions and the approved form application to proceed *in forma pauperis* for non-inmates with instructions.

DATED: January 15, 2025

_____
UNITED STATES MAGISTRATE JUDGE